UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEORGE MATUTI,<br><br>                    Petitioner,<br>      v.<br>STATE OF NEVADA,<br><br>                    Respondent. | Case No. 3:19-cv-00028-MMD-WGC<br><br>ORDER |

This *pro se* habeas petition is subject to dismissal on the basis of multiple defects.

First, Petitioner has not properly commenced this action by either paying the filing fee or filing a complete application for leave to proceed *in forma pauperis*. LSR 1-1 & 1-2.

Second, the petition has not been filed on the Court's form, as required. LSR 3-1.

Third, Petitioner has not named any Respondent over which the Court has jurisdiction. He names only the State of Nevada, but this Court does not have jurisdiction over an action brought against the State of Nevada. The state sovereign immunity recognized by the Eleventh Amendment bars suit against the state in federal court, regardless of the relief sought. *See, e.g., Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 100–01 (1984).

Finally, the petition states no claims for relief and instead appears to seek to appeal the Nevada Court of Appeals' denial of Petitioner's motion for appointment of counsel. (*See* ECF No. 1-1 at 1:17–18 ("This Notice of Appeal . . . ").) This Court does not have appellate jurisdiction over the Supreme Court of Nevada or the Nevada Court of Appeals.

*See, e.g. Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *Bianchi v. Rylaarsdam*, 334 F.3d 895, 898 (9th Cir. 2003). To the extent Petitioner's filing is a notice of appeal, the Court lacks jurisdiction to consider it.

Given the multiple substantial defects, this action will be dismissed without prejudice. There are no claims asserted in the papers filed in this Court. A dismissal without prejudice therefore will have no material impact on the timeliness of Petitioner's claims in a later filing. There are no claims to relate back to in the present filing, such that the present filing has not stopped the running of the federal limitations period as to any claim.

It is therefore ordered that this action be dismissed without prejudice for lack of jurisdiction over the subject matter. This action is closed, and Petitioner must pursue any further requests for relief in a new action under a new docket number.

It is further ordered that the Clerk send Petitioner two copies of a § 2254 noncapital petition form, one copy of the instructions for same, two copies of the inmate pauper application and one copy of the instructions for the same, and one copy of Petitioner's papers in this action.

The Clerk of Court is directed to enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 23rd day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE